

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jahaziel Fausto<br><br>Plaintiff,<br>V.<br><br>Unknown Respondents and Connie Gipson<br><br>Defendant. | Civil Action No.   12cv0875-MMA-DHB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Petitioner's First Amended Petition with prejudice.


Date:        5/2/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ V. Mosqueda
V. Mosqueda, Deputy